NUMBER 13-06-252-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


___________________________________________________________________


SIR MAURICE JOHNSON, Appellant,


v.



NANCY A. PEREZ, ET AL., Appellees.

___________________________________________________________________


On appeal from the 36th District Court 


of Bee County, Texas


___________________________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza, and Vela


Memorandum Opinion Per Curiam



 Appellant, SIR MAURICE JOHNSON, attempted to perfect an appeal from an
order entered by the 36th District Court of Bee County, Texas, in cause number B-05-1089-CV-A. The order of dismissal in this cause was signed on November 9, 2005. 
An untimely motion for reconsideration was filed on January 9, 2006. Pursuant to
Tex. R. App. P. 26.1, appellant's notice of appeal was due on December 9, 2005, but
was not filed until January 9, 2006. 

 Notice of this defect was given so that steps could be taken to correct the
defect, if it could be done. Appellant was advised that, if the defect was not corrected
within ten days from the date of receipt of this Court's letter, the appeal would be
dismissed. Appellant filed a motion to extend the time to correct the defect; however,
to date, appellant has failed to correct the defect or otherwise show this Court's
jurisdiction in this matter.

 The Court, having examined and fully considered the documents on file and
appellant's failure to timely perfect his appeal, is of the opinion that the appeal should
be dismissed for want of jurisdiction. The appeal is hereby DISMISSED FOR WANT
OF JURISDICTION. All pending motions in this cause are dismissed as moot.

 PER CURIAM



Memorandum Opinion delivered and filed this

the 27th day of September, 2007.